**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: ZAMBRANO, JOSE R.<br>ZAMBRANO, IRENE N.<br><br>Debtor(s) | § Case No. 10-73784<br>§<br>§<br>§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 29, 2010. The undersigned trustee was appointed on December 01, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        3,538.81

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 3,538.81 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 03/23/2011 and the deadline for filing governmental claims was 01/25/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $884.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $884.70, for a total compensation of $884.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2011          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73784  
**Case Name:** ZAMBRANO, JOSE R.  
ZAMBRANO, IRENE N.  
**Period Ending:** 06/01/11

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/29/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 03/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Real estate located at: 305 Rosalind Rd., Rochel<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare in Missouri<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with First National Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking with Lincoln State Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with Rock Valley Credit Union<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods and furnishings<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term policy from employment<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 9 | Term policy from employment<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 10 | Term policy with Conneticut Life<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 11 | 401k<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 40,000.00 | 40,000.00 | DA | 0.00 | FA |
| 12 | Child support owed to debtor (Collection is ques | 27,000.00 | 27,000.00 | DA | 0.00 | FA |

Printed: 06/01/2011 08:02 AM    V.12.56

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73784
**Case Name:** ZAMBRANO, JOSE R.
ZAMBRANO, IRENE N.
**Period Ending:** 06/01/11

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 07/29/10 (f)
**§341(a) Meeting Date:** 09/13/10
**Claims Bar Date:** 03/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13  2005 Buick Century<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 14  2004 Hyundai Sonata<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 15  2007 Chevy Uplander<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16  2000 Chevy S-10<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17  John Deere tractor<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 800.00 | 0.00 | DA | 0.00 | FA |
| 18  Push lawn mower<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 19  2007 income tax refund (u) | 10,437.00 | 10,437.00 | DA | 3,538.75 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.06 | FA |
| 20  Assets  Totals (Excluding unknown values) | **$172,491.00** | **$77,440.00** | | **$3,538.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reopening for income tax refund

**Initial Projected Date Of Final Report (TFR):**    May 30, 2011        **Current Projected Date Of Final Report (TFR):**    May 31, 2011  (Actual)

Printed: 06/01/2011 08:02 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73784  
**Case Name:** ZAMBRANO, JOSE R.  
ZAMBRANO, IRENE N.  
**Taxpayer ID #:** **-***9387  
**Period Ending:** 06/01/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-65 - Money Market Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/11 | {19} | Jose and Irene Zambrano - Cashier's Check | portion of tax refund | 1224-000 | 3,538.75 | | 3,538.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,538.77 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,538.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 3,538.81 |
| 05/31/11 | | To Account #9200******2766 | transfer to close checking account | 9999-000 | | 3,538.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,538.81 | 3,538.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,538.81 | |
| | | | **Subtotal** | | 3,538.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,538.81** | **$0.00** | |

{} Asset reference(s)      Printed: 06/01/2011 08:02 AM   V.12.56

Case 10-73784 Doc 33 Filed 06/15/11 Entered 06/15/11 10:12:39 Desc Main
Document Page 6 of 11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73784  
**Case Name:** ZAMBRANO, JOSE R.  
ZAMBRANO, IRENE N.  
**Taxpayer ID #:** **-***9387  
**Period Ending:** 06/01/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-66 - Checking Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/11 | | From Account #9200******2765 | transfer to close checking account | 9999-000 | 3,538.81 | | 3,538.81 |
| | | | **ACCOUNT TOTALS** | | 3,538.81 | 0.00 | $3,538.81 |
| | | | Less: Bank Transfers | | 3,538.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******27-65** | 3,538.81 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 0.00 | 3,538.81 |
| | $3,538.81 | $0.00 | $3,538.81 |

{} Asset reference(s)

Printed: 06/01/2011 08:02 AM  V.12.56

Printed: 06/01/11 08:02 AM

# Claims Distribution Register

Page: 1

### Case: 10-73784   ZAMBRANO, JOSE R.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 5 | 01/22/11 | 100 | Eureka Savings Bank<br>Holland Law Office<br>POB 177<br>Mendota, IL 61342<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 5 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code has no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 3,402.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 01/22/11 | 100 | Eureka Savings Bank<br>Holland Law Office<br>POB 177<br>Mendota, IL 61342<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim No. 6 is allowed as a secured claim but disallowed for purposes of distribution as the bankruptcy code has no provision for payment of secured claims out of the general funds of the chapter 7 Bankruptcy Estate. | 58,418.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$61,821.03** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$61,821.03** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/29/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 884.70 | 884.70 | 0.00 | 884.70 | 884.70 |
| | 07/29/10 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)><br>The Attorney has voluntarily waived his attorney's fees in this matter. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$884.70** | **$884.70** | **$0.00** | **$884.70** | **$884.70** |
| | | | **Total for Admin Ch. 7 Claims:** | **$884.70** | **$884.70** | **$0.00** | **$884.70** | **$884.70** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/27/10 | 610 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Fashion Bug,PO Box 248872<br>Oklahoma City, OK 73124-8872<br><7100-00   General Unsecured § 726(a)(2)> | 367.85 | 367.85 | 0.00 | 367.85 | 42.89 |
| 2 | 12/28/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 3,473.98 | 3,473.98 | 0.00 | 3,473.98 | 404.93 |

Printed: 06/01/11 08:02 AM

## Claims Distribution Register

Page: 2

### Case: 10-73784    ZAMBRANO, JOSE R.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 12/28/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 8,748.52 | 8,748.52 | 0.00 | 8,748.52 | 1,019.73 |
| 4 | 01/17/11 | 610 | Mutual Management Services<br>PO Box 4777<br>Rockford, IL 61110-4777<br><7100-00   General Unsecured § 726(a)(2)> | 270.75 | 270.75 | 0.00 | 270.75 | 31.56 |
| 7 | 03/21/11 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 98.17 | 98.17 | 0.00 | 98.17 | 11.44 |
| 8 | 03/21/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)> | 9,130.36 | 9,130.36 | 0.00 | 9,130.36 | 1,064.24 |
| 9 | 03/21/11 | 610 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)> | 680.48 | 680.48 | 0.00 | 680.48 | 79.32 |
| | | | Total for Priority 610:   11.65611% Paid | $22,770.11 | $22,770.11 | $0.00 | $22,770.11 | $2,654.11 |
| | | | Total for Unsecured Claims: | $22,770.11 | $22,770.11 | $0.00 | $22,770.11 | $2,654.11 |
| | | | Total for Case : | $85,475.84 | $23,654.81 | $0.00 | $23,654.81 | $3,538.81 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73784
Case Name: ZAMBRANO, JOSE R.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 3,538.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Eureka Savings Bank | 3,402.05 | 0.00 | 0.00 | 0.00 |
| 6 | Eureka Savings Bank | 58,418.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,538.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 884.70 | 0.00 | 884.70 |

Total to be paid for chapter 7 administration expenses: $ 884.70
Remaining balance: $ 2,654.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,654.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,654.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 22,710.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | American Infosource Lp As Agent for Wfnnb | 367.85 | 0.00 | 42.89 |
| 2 | Discover Bank | 3,473.98 | 0.00 | 404.93 |
| 3 | Discover Bank | 8,748.52 | 0.00 | 1,019.73 |
| 4 | Mutual Management Services | 270.75 | 0.00 | 31.56 |
| 7 | GE Money Bank | 98.17 | 0.00 | 11.44 |
| 8 | FIA Card Services, NA/Bank of America | 9,130.36 | 0.00 | 1,064.24 |
| 9 | FIA Card Services, NA/Bank of America | 680.48 | 0.00 | 79.32 |

Total to be paid for timely general unsecured claims:  $    2,654.11
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (10/1/2010)**

UST Form 101-7-TFR (10/1/2010)