**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ZAMBRANO, JOSE R. | § Case No. 10-73784 |
| ZAMBRANO, IRENE N. | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  United States Bankruptcy Court
  211 South Court Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/20/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/01/2011          By:  /s/JAMES E. STEVENS
                                                    Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ZAMBRANO, JOSE R. | § Case No. 10-73784 |
| ZAMBRANO, IRENE N. | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 3,538.81 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,538.81 |
| **Balance on hand:** | **$ 3,538.81** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 5 | Eureka Savings Bank | 3,402.05 | 0.00 | 0.00 | 0.00 |
| 6 | Eureka Savings Bank | 58,418.98 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,538.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 884.70 | 0.00 | 884.70 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 884.70 |
| Remaining balance: | $ 2,654.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,654.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,654.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,770.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | 367.85 | 0.00 | 42.89 |
| 2 | Discover Bank | 3,473.98 | 0.00 | 404.93 |
| 3 | Discover Bank | 8,748.52 | 0.00 | 1,019.73 |
| 4 | Mutual Management Services | 270.75 | 0.00 | 31.56 |
| 7 | GE Money Bank | 98.17 | 0.00 | 11.44 |
| 8 | FIA Card Services, NA/Bank of America | 9,130.36 | 0.00 | 1,064.24 |
| 9 | FIA Card Services, NA/Bank of America | 680.48 | 0.00 | 79.32 |

Total to be paid for timely general unsecured claims: $ 2,654.11
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:   $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $       0.00
Remaining balance:   $       0.00

Prepared By:   /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jose R. Zambrano  
Irene N. Zambrano  
    Debtors

Case No. 10-73784-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Jun 16, 2011  
                 Form ID: pdf006    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2011.

```
db/jdb       +Jose R. Zambrano,    Irene N. Zambrano,    305 Rosalind Rd.,    Rochelle, IL 61068-9710
aty          +Brian A Hart,    Brian A Hart Law Offices PC,    1410 N. Main Street,    Rockford, IL 61103-6239
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15918121     +Amcore Bank,    1210 S. Alpine Rd,    Rockford, IL 61108-3946
15918122      BANK AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
15918124    ++DEKALB CLINIC CHARTERED,    1850 GATEWAY DR,    SYCAMORE IL 60178-3192
              (address filed with court: Dekalb Clinic,    217 Franklin Street,    Dekalb, IL 60115)
16703807     +Eureka Savings Bank,    Holland Law Office,    POB 177,    Mendota, Illinois 61342-0177
15918126     +Eureka Savings Bank,    250 Marquette St.,    La Salle, IL 61301-2415
15918127     +First National Bank of Rochelle,    340 May Mart Dr.,    Rochelle, IL 61068-1681
15918130     +HealthFirst Phys Rehab,    1007 W. Riverside Blvd,    Rockford, IL 61103-2158
15918131     +Maurices,    Customer Service,    P.O. Box 182685,    Columbus, OH 43218-2685
16680379      Mutual Management Services,    PO Box 4777,    Rockford, IL 61110-4777
15918132     +ROCHELLE COMMUNITY HOSPITAL,    900 North Second Street,    Rochelle, IL 61068-1717
15918133      Rock Valley Credit Union,    10540N Lincoln Hwy,    Rochelle, IL 61068
15918134      SILVERLEAF RESORTS,    PO Box 358,    Dallas, TX 75313
15918135     +Swedish American,    PO BOX 4448,    Rockford, IL 61110-0948
15918136      WFNNB/Fashion Bug,    P.O. Box 659728,    San Antonio, TX 78265-9728
15918137     +WFNNB/Preferred Customer,    800 Walnut St.,    Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16592621      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 00:02:14
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Fashion Bug,    PO Box 248872,
               Oklahoma City, OK  73124-8872
15918123     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jun 16 2011 22:56:37     Creditors Protection SVC,
               202 W. State St., Suite 300,    Rockford, IL 61101-1163
15918125      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21     Discover Financial,
               P.O. Box 15316,    Wilmington, DE 19850
16595269      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16991410      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 00:02:14
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16989455      E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:50     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15918129     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:50     GEMB/Old Navy,    PO Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
15918128    ##+Gabriel Roel,    1251 Short Court,    Apt. 8,    Rochelle, IL 61068-2309
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3           User: cshabez              Page 2 of 2            Date Rcvd: Jun 16, 2011
                               Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**                        **Signature:**    /s/ Joseph Speetjens