**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ZAMBRANO, JOSE R. | § Case No. 10-73784 |
| ZAMBRANO, IRENE N. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $172,491.00             Assets Exempt:  $107,151.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,654.11      Claims Discharged
                                                Without Payment:  $24,680.40

Total Expenses of Administration:  $884.70

---

3) Total gross receipts of $    3,538.81    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $3,538.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $90,500.00 | $61,821.03 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 884.70 | 884.70 | 884.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,556.17 | 22,770.11 | 22,770.11 | 2,654.11 |
| **TOTAL DISBURSEMENTS** | $108,056.17 | $85,475.84 | $23,654.81 | $3,538.81 |

4) This case was originally filed under Chapter 7 on July 29, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011             By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 income tax refund | 1224-000 | 3,538.75 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$3,538.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Eureka Savings Bank | 4210-000 | 3,700.00 | 3,402.05 | 0.00 | 0.00 |
| 6 | Eureka Savings Bank | 4110-000 | 59,000.00 | 58,418.98 | 0.00 | 0.00 |
| NOTFILED | First National Bank of Rochelle | 4110-000 | 3,800.00 | N/A | N/A | 0.00 |
| NOTFILED | SILVERLEAF RESORTS | 4110-000 | 11,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 12,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$90,500.00** | **$61,821.03** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 884.70 | 884.70 | 884.70 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 884.70 | 884.70 | 884.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 332.00 | 367.85 | 367.85 | 42.89 |
| 2 | Discover Bank | 7100-000 | 3,372.17 | 3,473.98 | 3,473.98 | 404.93 |
| 3 | Discover Bank | 7100-000 | N/A | 8,748.52 | 8,748.52 | 1,019.73 |
| 4 | Mutual Management Services | 7100-000 | 216.60 | 270.75 | 270.75 | 31.56 |
| 7 | GE Money Bank | 7100-000 | 71.00 | 98.17 | 98.17 | 11.44 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 9,000.00 | 9,130.36 | 9,130.36 | 1,064.24 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 680.48 | 680.48 | 79.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Maurices Customer Service | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | HealthFirst Phys Rehab | 7100-000 | 266.40 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Credit Union | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | ROCHELLE COMMUNITY HOSPITAL | 7100-000 | 3,206.07 | N/A | N/A | 0.00 |
| NOTFILED | Dekalb Clinic | 7100-000 | 156.93 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Preferred Customer | 7100-000 | 268.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection SVC | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 17,556.17 | 22,770.11 | 22,770.11 | 2,654.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73784  
**Case Name:** ZAMBRANO, JOSE R.  
ZAMBRANO, IRENE N.  
**Period Ending:** 09/14/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/29/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 03/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate located at: 305 Rosalind Rd., Rochel  Orig. Asset Memo: Imported from original petition Doc# 1; | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Timeshare in Missouri  Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with First National Bank  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking with Lincoln State Bank  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with Rock Valley Credit Union  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods and furnishings  Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing  Orig. Asset Memo: Imported from original petition Doc# 1; | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term policy from employment  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 9 | Term policy from employment  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 10 | Term policy with Conneticut Life  Orig. Asset Memo: Imported from original petition Doc# 1; | 1.00 | 1.00 | DA | 0.00 | FA |
| 11 | 401k  Orig. Asset Memo: Imported from original petition Doc# 1; | 40,000.00 | 40,000.00 | DA | 0.00 | FA |
| 12 | Child support owed to debtor (Collection is ques | 27,000.00 | 27,000.00 | DA | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73784  
**Case Name:** ZAMBRANO, JOSE R.  
ZAMBRANO, IRENE N.  
**Period Ending:** 09/14/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/29/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 03/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13 | 2005 Buick Century<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2004 Hyundai Sonata<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2007 Chevy Uplander<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2000 Chevy S-10<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | John Deere tractor<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 800.00 | 0.00 | DA | 0.00 | FA |
| 18 | Push lawn mower<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 50.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2007 income tax refund (u) | 10,437.00 | 10,437.00 | DA | 3,538.75 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$172,491.00** | **$77,440.00** | | **$3,538.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 30, 2011    **Current Projected Date Of Final Report (TFR):** May 31, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73784 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | ZAMBRANO, JOSE R. | | Bank Name: | The Bank of New York Mellon |
| | ZAMBRANO, IRENE N. | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***9387 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/01/11 | {19} | Jose and Irene Zambrano - Cashier's Check | portion of tax refund | 1224-000 | 3,538.75 | | 3,538.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,538.77 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,538.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 3,538.81 |
| 05/31/11 | | To Account #9200******2766 | transfer to close checking account | 9999-000 | | 3,538.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,538.81 | 3,538.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,538.81 | |
| | | | **Subtotal** | | **3,538.81** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,538.81** | **$0.00** | |

{} Asset reference(s)    Printed: 09/14/2011 03:02 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-73784 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | ZAMBRANO, JOSE R. | | Bank Name: | The Bank of New York Mellon |
| | ZAMBRANO, IRENE N. | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***9387 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/11 | | From Account #9200******2765 | transfer to close checking account | 9999-000 | 3,538.81 | | 3,538.81 |
| 07/20/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $884.70, Trustee Compensation; Reference: | 2100-000 | | 884.70 | 2,654.11 |
| 07/20/11 | 102 | American Infosource Lp As Agent for Wfnnb | Dividend paid 11.65% on $367.85; Claim# 1; Filed: $367.85; Reference: | 7100-000 | | 42.89 | 2,611.22 |
| 07/20/11 | 103 | Mutual Management Services | Dividend paid 11.65% on $270.75; Claim# 4; Filed: $270.75; Reference: | 7100-000 | | 31.56 | 2,579.66 |
| 07/20/11 | 104 | GE Money Bank | Dividend paid 11.65% on $98.17; Claim# 7; Filed: $98.17; Reference: | 7100-000 | | 11.44 | 2,568.22 |
| 07/20/11 | 105 | Discover Bank | Combined Check for Claims#2,3 | | | 1,424.66 | 1,143.56 |
| | | | Dividend paid 11.65%   404.93 on $3,473.98; Claim# 2; Filed: $3,473.98 | 7100-000 | | | 1,143.56 |
| | | | Dividend paid 11.65%   1,019.73 on $8,748.52; Claim# 3; Filed: $8,748.52 | 7100-000 | | | 1,143.56 |
| 07/20/11 | 106 | FIA Card Services, NA/Bank of America | Combined Check for Claims#8,9 | | | 1,143.56 | 0.00 |
| | | | Dividend paid 11.65%   1,064.24 on $9,130.36; Claim# 8; Filed: $9,130.36 | 7100-000 | | | 0.00 |
| | | | Dividend paid 11.65%   79.32 on $680.48; Claim# 9; Filed: $680.48 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,538.81 | 3,538.81 | $0.00 |
| | | | Less: Bank Transfers | | 3,538.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,538.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3,538.81 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-73784 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | ZAMBRANO, JOSE R. | | **Bank Name:** | The Bank of New York Mellon |
| | ZAMBRANO, IRENE N. | | **Account:** | 9200-******27-66 - Checking Account |
| **Taxpayer ID #:** | **-***9387 | | **Blanket Bond:** | $372,000.00 (per case limit) |
| **Period Ending:** | 09/14/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **MMA # 9200-******27-65** | 3,538.81 | 0.00 | 0.00 |
| | **Checking # 9200-******27-66** | 0.00 | 3,538.81 | 0.00 |
| | | $3,538.81 | $3,538.81 | $0.00 |

{} Asset reference(s)    Printed: 09/14/2011 03:02 PM    V.12.57